IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DEARBORN LIFE INSURANCE COMPANY d/b/a BLUE CROSS BLUE SHIELD OF TEXAS,<br>    Plaintiff<br><br>vs.<br><br>ADRIENNE RODRIGUEZ and CAROL FRAUSTO,<br>    Defendants | § § § § § § § § § § | Case No. 1:23-CV-29 |

### ORIGINAL COMPLAINT IN INTERPLEADER

Plaintiff Dearborn Life Insurance Company d/b/a Blue Cross Blue Shield of Texas ("Dearborn") files the following Original Complaint in Interpleader.

### PARTIES

1. Dearborn is an insurance company domiciled in Illinois.

2. Defendant Adrienne Rodriguez is a citizen of Texas. She may be served with summons at 11349 Red Oak Turn, Helotes, Texas 78023.

3. Defendant Carol Frausto is a citizen of Texas. She may be served with summons at 11458 Lago Vista, Helotes, Texas 78023.

### JURISDICTION

4. This court has jurisdiction of this case pursuant to Fed. R. Civ. P. 22, and 28 U.S.C. §§ 1332, 1335 and 2361.

### FACTUAL BACKGROUND

5. Dearborn has an interest in the matters in controversy in this litigation in that it funded a term life insurance policy to Frank Rodriguez, who died on September 23, 2022. The policy was issued through Mr. Rodriguez's employer, the City of San Antonio.

6. Through a Beneficiary Designation Form completed on October 15, 2021, Mr. Rodriguez designated his mother, Carol Frausto, as the primary beneficiary of the policy. He also named Adrienne Rodriguez, his wife, as the contingent beneficiary. Mr. Rodriguez also indicated that 70% of the benefit was to go to Ms. Frausto, and 30% to Ms. Rodriguez. However, both Ms. Frausto and Ms. Rodriguez have made claims for the full proceeds of the policy. Dearborn asked the Defendants to attempt to reach a resolution, but none has been reached.

## BASIS FOR INTERPLEADER

7. Dearborn may be subject to multiple liability with respect to the life benefits payable upon Frank Rodriguez's death, because of rival claims by Defendants.

8. Dearborn is unable to determine which Defendant is entitled to the disputed benefits and is in the position of an innocent stakeholder faced with the possibility of multiple liability and incidental costs.

9. Dearborn has no claim to or interest in the benefits, which Dearborn at all times has been willing to deliver to the person or persons entitled to possession.

10. Dearborn has in no way colluded with any Defendant concerning the matters of this cause. Dearborn has not been, and will not be, indemnified in any manner by any Defendant. Dearborn has filed this complaint of its own free will to avoid multiple liability and unnecessary suits and costs incidental to them. Dearborn unconditionally offers and is ready to deposit with the Court the entire amount of benefits due. Mr. Rodriguez had $80,000.00 (Eighty Thousand and No/100 Dollars) in basic term life coverage, with no supplemental coverages.

## REQUEST FOR RELIEF

11. Dearborn requests the Court grant this interpleader and release and discharge Dearborn from any further liability pertaining to the benefits payable upon Frank Rodriguez's

death. Dearborn also requests the Court enjoin and restrain Defendants from instituting or prosecuting any proceeding in any State or United States court affecting or relating to the benefits at issue. Dearborn further requests that it be awarded its attorney's fees and costs incurred as a result of these proceedings, as well as such other relief, both legal and equitable, to which it may show itself justly entitled.

Dated: January 9, 2023.

Respectfully submitted,

By: */s/ Andrew MacRae*
Andrew F. MacRae
Texas Bar No.00784510
MacRae Law Firm PLLC
3267 Bee Cave Road
Suite 107, PMB 276
Austin, Texas 78746
Phone: 512-565-7798
andrew@macraelaw.co

Attorneys for Dearborn
Life Insurance Company
d/b/a Blue Cross
Blue Shield of Texas