# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **DEARBORN LIFE INSURANCE COMPANY d/b/a BLUE CROSS BLUE SHIELD OF TEXAS,** <br>     Plaintiff <br><br> vs. <br><br> **ADRIENNE RODRIGUEZ and CAROL FRAUSTO,** <br>     Defendants | § § § § § § § § § § | Case No. 1:23-CV-29-RP |

## JOINT AGREED MOTION TO APPROVE INTERPLEADER

Plaintiff Dearborn Life Insurance Company d/b/a Blue Cross Blue Shield of Texas ("Dearborn") files the following Joint Agreed Motion to Approve Interpleader on behalf of all parties.

### FACTUAL BACKGROUND

1. The factual background in this case is undisputed. Dearborn has an interest in the matters in controversy in this litigation in that it funded a term life insurance policy to Frank Rodriguez, who died on September 23, 2022. The policy was issued through Mr. Rodriguez's employer, the City of San Antonio.

2. Through a Beneficiary Designation Form completed on October 15, 2021, Mr. Rodriguez designated his mother, Carol Frausto, as the primary beneficiary of the policy. He also named Adrienne Rodriguez, his wife, as the contingent beneficiary. Mr. Rodriguez also indicated that 70% of the benefit was to go to Ms. Frausto, and 30% to Ms. Rodriguez. However, both Ms. Frausto and Ms. Rodriguez have made claims for the full proceeds of the policy. Dearborn asked the Defendants to attempt to reach a resolution, but none had been reached at the time suit was filed.

## BASIS FOR INTERPLEADER

3. Dearborn may be subject to multiple liability with respect to the life benefits payable upon Frank Rodriguez's death, because of rival claims by Defendants.

4. Dearborn is unable to determine which Defendant is entitled to the disputed benefits and is in the position of an innocent stakeholder faced with the possibility of multiple liability and incidental costs.

5. Dearborn has no claim to or interest in the benefits, which Dearborn at all times has been willing to deliver to the person or persons entitled to possession.

6. Dearborn has in no way colluded with any Defendant concerning the matters of this cause. Dearborn has not been, and will not be, indemnified in any manner by any Defendant. Dearborn has filed this complaint of its own free will to avoid multiple liability and unnecessary suits and costs incidental to them. Dearborn unconditionally offered to and is ready to deposit with the Court the entire amount of benefits due. Mr. Rodriguez had $80,000.00 (Eighty Thousand and No/100 Dollars) in basic term life coverage, with no supplemental coverages.

7. Defendant Carol Frausto waived service of summons and is represented by attorney Ann Buonocore. *See* Doc. 4 (Waiver of Service of Summons); Doc. 8 (Notice of Appearance). Defendant Adrienne Rodriguez, although served with summons, failed to timely answer or otherwise respond to the Complaint; and the District Clerk entered default against her. *See* Doc. 5 (Return of Service); Doc. 6 (Request for Entry of Default); Doc. 7 (Entry of Default).

8. After Dearborn filed its Agreed Motion to Approve Interpleader (Doc. 9), which the Court granted (Doc. 10), Rodriguez filed a motion to vacate that order (Doc. 12) and an answer to the Complaint (Doc. 13). After the Court stayed its order granting the interpleader

(Doc. 14), the parties conferred and filed an Advisory to the Court (Doc. 15), requesting the Court take no action on the motion to vacate.

9. The parties have conferred, and Defendants have agreed to in interpleader and the division of the benefits. An order approved by all counsel is being submitted herewith.

### REQUEST FOR RELIEF

10. Dearborn requests the Court grant this interpleader, order the distribution of the life insurance benefits per the parties' agreement, and release and discharge Dearborn from any further liability pertaining to the benefits payable upon Frank Rodriguez's death. Dearborn also requests the Court enjoin and restrain Defendants from instituting or prosecuting any proceeding in any State or United States court affecting or relating to the benefits at issue. Dearborn further requests such other relief, both legal and equitable, to which it may show itself justly entitled.

Respectfully submitted,

By: */s/ Andrew MacRae*
Andrew F. MacRae
Texas Bar No.00784510
MacRae Law Firm PLLC
3267 Bee Cave Road
Suite 107, PMB 276
Austin, Texas 78746
Phone: 512-565-7798
andrew@macraelaw.co

Attorneys for Dearborn
Life Insurance Company
d/b/a Blue Cross
Blue Shield of Texas

**CERTIFICATE OF CONFERENCE**

I hereby certify that before filing the foregoing Motion, I conferred with Ann E. Buonocore, counsel for Defendant Carol Frausto, and Markes Kirkwood, attorney for Adrienne Rodriguez. Ms. Buonocore and Mr. Kirkwood both advised me that they join in and agree to this motion, and the proposed order submitted herewith.

*/s/ Andrew MacRae*
ANDREW F. MACRAE

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Motion was filed through the CM/ECF system this 11th day of May, 2023. I understand the CM/ECF system will send a Notice of Electronic Filing to all counsel of record.

*/s/ Andrew MacRae*
ANDREW F. MACRAE