IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DEARBORN LIFE INSURANCE COMPANY, *d/b/a* Blue Cross Blue Shield of Texas, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:23-CV-29-RP |
| ADRIENNE RODRIGUEZ and CAROL FRAUSTO, | § § § § | |
| Defendants. | § § | |

## ORDER

On July 11, 2023, Plaintiff filed an advisory to the Court noting that it had distributed the remaining benefits at issue in the case pursuant to the parties' joint and agreed motion to approve interpleader. (Dkt. 19). Plaintiff advises that the case may now be dismissed. The Court construes the parties' stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on July 19, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE